Joseph Cabonargi, Plaintiff-Appellant, v. Edward J. Jordan, Jr., Defendant-Appellee.

Gen. No. 10,454.

Marvin Wallach, for appellant; R. Max Henderson, of counsel; Seymour A. Greenblatt, for appellee. Opinion by JUSTICE DOVE. **Not to be published in full.** Opinion filed July 12, 1951; rehearing denied September 13, 1951; released for publication September 17, 1951.